[Nos. 35994-1-I; 37758-2-I.   Division One.   May 13, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON DWIGHT HILL, *Appellant*.
*In the Matter of the Personal Restraint Petition of* VERNON D. HILL, *Petitioner*.

Appeals from a judgments of the Superior Court for Snohomish County, No. 93-1-00618-1, Gerald L. Knight, J., entered December 15, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.

[No. 36036-1-I.   Division One.   May 13, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. FANNIE LEE LOFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01983-6, Anthony F. Wartnik, J., entered January 30, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.

[No. 36933-4-I.   Division One.   May 13, 1996.]
NATIONAL HOMEOWNERS ASS'N, *Appellant*, v. CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-08977-1, Liem E. Tuai, J., entered May 5, 1995. *Affirmed* by unpublished per curiam opinion. Now published at 82 Wn. App. 640.

[No. 13892-5-III.   Division Three.   May 14, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. AUGUSTIN VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01269-7, Michael W. Leavitt, J., entered February 18, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J. Now published at 82 Wn. App. 294.